867 A.2d 478

IN THE MATTER OF GLADYS J.M. GARBIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 013831989).

February 7, 2005.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **GLADYS J.M. GARBIN**, formerly of **PATERSON**, who was admitted to the bar of this State in 1989;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to communicate with client) and *RPC* 1.16(d) (failure to promptly return the file to client);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.4(a) and *RPC* 1.16(d), and that such conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **GLADYS J.M. GARBIN** is hereby reprimanded effective immediately; and it is further

ORDERED that the entire record of this matter be mad a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.